**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TYREE TUCKER, | : | No. 132 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE PHILADELPHIA COUNTY COURT | : | |
| OF COMMON PLEAS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for a Writ of Mandamus and/or Extraordinary Relief is DENIED.